IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RAYMOND LEE MALOY,
    Petitioner,

vs.                                          Case No.  3:13cv486/LAC/EMT

MICHAEL D. CREWS,
    Respondent.
_____/

# O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated July 11, 2014 (doc. 35). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of objections filed.

Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    Respondent's motion to dismiss (doc. 30) is **GRANTED**.

3.    The petition for writ of habeas corpus (doc. 1) is **DISMISSED** with prejudice as untimely.

4.    A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 1st day of August, 2014.

                                                        *s/L.A. Collier*
                                                        **LACEY A. COLLIER**
                                                        **SENIOR UNITED STATES DISTRICT JUDGE**